# United States District Court
# District of Massachusetts

DENISE MCGRATH,
    ADMINISTRATRIX OF THE ESTATE
    OF ANTHONY W. MCGRATH,
      Plaintiff,

v.                              CIVIL ACTION NO. 2009-10004-RBC

RICHARD T. TAVARES,
EDWIN F. ALMEIDA,
ROBERT J. POMEROY, AND
THE TOWN OF PLYMOUTH,
      Defendants.

## FINAL JUDGMENT

COLLINGS, U.S.M.J.

    The case came on before the Court on Defendants', Richard T. Tavares's and Edwin F. Almeida's Motion for Summary Judgment (#64). In accordance with the Court's allowance of the motion on September 4, 2012,

    IT IS ORDERED AND ADJUDGED:

    Judgment for the defendants Richard T. Tavares and Edwin F. Almeida on Count I of Plaintiff's Complaint.

Judgment DISMISSING Count I of Plaintiff's Complaint to the extent that a claim is purported to be stated against defendant Robert J. Pomeroy.

Judgment DISMISSING Count II of Plaintiff's Complaint on the authority of *Harriman v. Hancock County,* 627 F.3d 22, 34 (1 Cir., 2010) (citing *City of Los Angeles v. Heller,* 475 U.S. 796, 799 (1986); *Wilson v. Town of Mendon,* 294 F.3d 1, 6 (1 Cir., 2002)).

Judgment DISMISSING Counts III, IV, V and VI of Plaintiff's Complaint, the Court declining to assert supplementary jurisdiction over those claims.

Costs to defendants.

        SARAH ALLISON THORNTON
        CLERK OF COURT

      By: *Kathleen M. Dolan*
        Kathleen M. Dolan,
        Deputy Clerk

Dated at Boston, Massachusetts
this 25th day of September, 2012.